```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/21/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Dominique Davila, Hannah Samuels, Noelia Beltran, and Aminata Bamba, on behalf of themselves and all other similarly situated employees,

                Plaintiffs,

-against-

Skinny River Inc, d/b/a Skinny's Cantina on the Hudson, and Joseph Licul,

                Defendants.

24 Civ. 4871 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On October 15, 2024, in accordance with paragraph III(B)(iii) of the Court's Individual Practices in Civil Cases ("Individual Practices"), Defendants filed a pre-motion letter seeking leave to move to dismiss the amended complaint. ECF No. 18. The Court's Rules require the nonmovants to file their opposition papers "within five business days after receipt of the movant's letter." Individual Practices ¶ III(A)(ii). That deadline has since passed.

    Accordingly, by **October 28, 2024**, Plaintiffs shall file their pre-motion response letter or otherwise indicate their intentions with respect to the prosecution of this matter.

    SO ORDERED.

Dated: October 21, 2024
       New York, New York

                                        ANALISA TORRES
                                        United States District Judge