UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/19/2024
```

Dominique Davila, Hannah Samuels, Noelia
Beltran, and Aminata Bamba, on behalf of
themselves and all other similarly situated
employees,

                            Plaintiffs,

              -against-                                          24 Civ. 4871 (AT)

Skinny River Inc, d/b/a Skinny's Cantina on the                 **ORDER**
Hudson and Joseph Licul,

                            Defendants.

ANALISA TORRES, District Judge:

         The Court has reviewed the parties' letters at ECF Nos. 25–26.  Accordingly:

1. Defendants' request for leave to move to dismiss Plaintiffs' second amended complaint is
   GRANTED;
2. By **February 3, 2025**, Defendants shall file their motion;
3. By **March 3, 2025**, Plaintiffs shall file their opposition; and
4. By **March 18, 2025**, Defendants shall file their reply, if any.

         SO ORDERED.

Dated: December 19, 2024
       New York, New York

                                                    _____
                                                           ANALISA TORRES
                                                    United States District Judge