```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/7/2025_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Dominique Davila, Hannah Samuels, Noelia Beltran, and Aminata Bamba, on behalf of themselves and all other similarly situated employees,

                Plaintiffs,

-against-

Skinny River Inc, d/b/a Skinny's Cantina on the Hudson, and Joseph Licul,

                Defendants.

24 Civ. 4871 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The parties are scheduled to begin mediation on January 30, 2025. Additionally, the Court has set a briefing schedule for Defendants' anticipated motion to dismiss. ECF No. 27. Accordingly, the case management conference scheduled for January 13, 2025, is ADJOURNED *sine die*.

      SO ORDERED.

Dated: January 7, 2025
       New York, New York

                                        ANALISA TORRES
                                    United States District Judge