```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/19/2025_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Dominique Davila, Hannah Samuels, Noelia Beltran, and Aminata Bamba, on behalf of themselves and all other similarly situated employees,

                Plaintiffs,

-against-

Skinny River Inc, d/b/a Skinny's Cantina on the Hudson, and Joseph Licul,

                Defendants.

24 Civ. 4871 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    This matter has been referred to the Honorable Valerie Figueredo for settlement purposes. ECF No. 36. Accordingly, Defendants' motion to dismiss, ECF No. 29, is held in abeyance pending the parties' participation in settlement discussions. The Clerk of Court is directed to terminate the motion at ECF No. 29.

    SO ORDERED.

Dated: May 19, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge