UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DOMINIQUE DAVILA, et al.,

                       Plaintiffs,                           **24-CV-04871 (AT)**

      -against-                            **ORDER RESCHEDULING**
                                                         **SETTLEMENT CONFERENCE**

SKINNY'S RIVER INC. d/b/a/ SKINNY'S
CANTINA ON THE HUDSON, et al.,

                       Defendants.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The settlement conference in this matter has been rescheduled to **Tuesday, August 26, 2025 at 3:00 p.m.**, in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with the Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than **Tuesday, August 19, 2025**.

      **SO ORDERED.**

DATED:     New York, New York
                July 7, 2025

                                                                  _____
                                                                    VALERIE FIGUEREDO
                                                                    United States Magistrate Judge