UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DOMINIQUE DAVILA, et al.,

                          Plaintiffs,                  24-CV-04871 (AT)

        -against-                  **ORDER REGARDING**
                                                       **SETTLEMENT CONFERENCE**

SKINNY'S RIVER INC. d/b/a/ SKINNY'S
CANTINA ON THE HUDSON, et al.,

                         Defendants.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The Court has received submissions from both parties. As ordered at ECF No. 43, the settlement conference will move forward on **Thursday, October 30, 2025, at 10:00 a.m.** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Corporate parties must send the person with decision making authority to settle the matter to the conference.

      **SO ORDERED.**

DATED:    New York, New York
                October 27, 2025

                                                      _____
                                                      VALERIE FIGUEREDO
                                                      United States Magistrate Judge